**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SCOTT J. PICKERILL,

    Plaintiff,                                                  Case No. 8:20-cv-00421-MSS-TGW

v.

FOSTER AND MALONE, LLC d/b/a COASTAL
RECOVERY GROUP, LLC and COMPLETE CREDIT
SOLUTIONS, INC.,

    Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Order and Interested Persons And Corporate Disclosure Statement:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party in this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly- traded companies that own 10% or more of party's stocks, and all identifiable legal entities related to a party.

    1) Scott J. Pickerill, Plaintiff
    2) Foster and Malone, LLC d/b/a Coastal Recovery Group, LLC, Defendant
    3) Complete Credit Solutions, LLC, Defendant
    4) Alexander J. Taylor and Sulaiman Law Group, Ltd., Attorneys for Plaintiff

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    None

5.) Checking one of the following:

   X   a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge or Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of such conflict.

Or

_____ b. I certify that I am aware of the conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain).

Date: March 2, 2020              /s/ Alexander J. Taylor
                                          Alexander J. Taylor
                                          Sulaiman Law Group, Ltd.
                                          2500 South Highland Avenue, Suite 200
                                          Lombard, IL 60148
                                          (630) 575-8181

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement was electronically filed with the Clerk of the Court using the CM/ECF system on this 2nd day of March 2020, which constitutes service on counsel of record.

                                                              /s/ *Alexander J. Taylor*